469 A.2d 314

Herstein, Appellant v. Fredericks.

Argued September 21, 1983. Ronald Jay Smolow, for appellant; James M. Marsh, for appellee.

Before CIRILLO, JOHNSON and CERCONE, JJ.

Judgment of the lower court affirmed.